UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cv-22853-JB

HOWARD COHAN,

    Plaintiff,

vs.

FIVE GUYS PROPERTIES, LLC,
a Florida Limited Liability Company,
d/b/a FIVE GUYS BURGERS AND FRIES,

    Defendant(s).

_____/

## **FINAL DEFAULT JUDGMENT**

Final Judgment is entered in favor of Plaintiff, Howard Cohan, and against Defendant Five Guys Properties, LLC, d/b/a Five Guys Burgers and Fries ("Defendant") in the form of a declaratory judgment and injunctive relief, and for attorney's fees and costs in the amount of Six Thousand Two Hundred Seventeen Dollars and Fifty-five Cents **($6,217.55),** for which sum let execution issue forthwith.

The Court issues a declaratory judgment finding that Defendant is in violation of Title III of the Americans With Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, at the property it owns and/or leases at 9457 S Dixie Highway, Pinecrest, Florida 33156 ("the Premises"). The Court hereby issues an injunction requiring Defendant to comply with all sections of the ADA and the 2010 ADA Standards for Accessible Design ("ADAAG") no later than **six (6) months** from the date of this Order. Without limiting the foregoing, Defendant, must rectify the following issues identified in the Complaint:

**Ramp to Restroom**

a. Failure to provide bilateral handrails on a ramp that has a rise greater than 6 inches or in a horizontal projection greater than 72 inches in violation of 2010 ADAAG §§ 405, 405.1, 405.8, 505 and/or §4.8.5 of the 1991 ADA Standards.

**Men's Restroom**

b. Providing a swinging door or gate with improper maneuvering clearance(s) due to a wall or some other obstruction in violation of 2010 ADAAG §§ 404, 404.1, 404.2, 404.2.4 and 404.2.4.1.

c. Failure to provide sufficient clear floor space around a water closet without any obstructing elements in this space in violation of 2010 ADAAG §§4.22.3, 603, 603.2.3, 604, 604.3 and 604.3.1. (cone)

d. Failure to provide the water closet in the proper position relative to the side wall or partition in violation of 2010 ADAAG §§ 604 and 604.2.

e. Providing grab bars of improper horizontal length or spacing as required along the side wall in violation of 2010 ADAAG §§ 604, 604.5, 604.5.1 and 604.5.2.

f. Failure to provide toilet paper dispensers in the proper position in front of the water closet or at the correct height above the finished floor in violation of 2010 ADAAG §§ 604, 604.7 and 309.4.

g. Failure to provide paper towel dispenser at the correct height above the finished floor in violation of 2010 ADAAG §§ 606, 606.1 and 308.

  h. Failure to provide a dispenser in an accessible position (back wall or other inaccessible place) so that it can be reached by a person with a disability in violation of 2010 ADAAG §§ 606, 606.1, 308 and 308.2.2.(soap dispenser)

  i. Failure to provide the correct spacing for a forward or parallel approach to an element due to a wall or some other obstruction in violation of 2010 ADAAG §§ 305 and 306.

  j. Failure to provide the proper insulation or protection for plumbing or other sharp or abrasive objects under a sink or countertop in violation of 2010 ADAAG §§ 606 and 606.5.

  k. Failure to provide proper knee clearance for a person with a disability under a counter or sink element in violation of 2010 ADAAG §§ 306, 306.1 306.3, 606 and 606.2

  l. Failure to provide a coat hook that was previously positioned properly but is no longer in place for a person with a disability in violation of 2010 ADAAG §§ 603, 603.4 and 308.

Defendant shall also complete and serve upon Plaintiff a Fact Information Sheet, Florida Rule of Civil Procedure Form 1.977, including all required attachments, within **forty-five (45) days** of the entry of this Final Default Judgment. The Court shall retain jurisdiction to compel Defendant, if necessary, to complete Form 1.977 and serve it on Plaintiff.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 25th day of September, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT COURT JUDGE**