UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI BEACH DIVISION

HOWARD COHAN,                                       CASE NO.: 1:24-cv-22853-JB

    Plaintiff,

vs.

FIVE GUYS PROPERTIES, LLC,
a Florida Limited Liability Company,
d/b/a FIVE GUYS BURGERS AND FRIES,

    Defendant(s).
_____/

## SATISFACTION OF JUDGMENT

WHEREAS, on September 25, 2024, this Court entered an Order Granting Plaintiff's Motion for Entry of Final Default Judgment Against Defendant, FIVE GUYS PROPERTIES, LLC, a Florida Limited Liability Company d/b/a S FIVE GUYS BURGERS AND FRIES (hereinafter referred to as "Defendant") in the amount of $6,217.55 (the "Default Judgment").

WHEREAS, Plaintiff has entered into a Settlement Agreement and accepted an agreed upon sum from Defendant in full satisfaction of the Default Judgment against Defendant.

NOW THEREFORE, full satisfaction of the Default Judgment as against Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket of said Default Judgment as against Defendant.

Dated: October 21, 2024

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**Primary Email:** greg@sconzolawoffice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via email to Counsel for Defendant Joseph DiPalma, Esq. (joseph.dipalma@jacksonlewis.com).

**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

**By: /s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQUIRE
Florida Bar No.: 1010423
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** perri@sconzolawoffice.com